IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR145 |
| | ) | |
| vs. | ) | |
| | ) | |
| KIM T. DULUONY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [25]. The motion cites difficult issues as an impediment to resolving the case short of trial to date. Under the circumstances, the court finds good cause for one more continuance but cautions counsel from seeking more time to either resolve the case or be prepared for trial. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [25] is granted, as follows:

1. The jury trial, now set for April 2, 2024, is continued to **June 4, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 4, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. N**o further continuances will be granted absent extraordinary circumstances and without requesting a hearing before the undersigned magistrate judge.**

DATED: March 20, 2024.

BY THE COURT:

s/Michael D. Nelson
**United States Magistrate Judge**